**Delbert L. SWEGLER, Plaintiff and Appellant,**

v.

**Ralph Camacho SGAMBELLURI, Appellee.**

**No. 23426.**

United States Court of Appeals, Ninth Circuit.

Aug. 10, 1970.

James Bradley Klemm (argued), Walter S. Ferenz, of Barrett, Ferenz & Bramhall, Oakland, Cal., for appellant.

John J. Carniato (argued), of Arriola, Bohn & Dierking, Walnut Creek, Cal., for appellee.

Before CHAMBERS and KOELSCH, Circuit Judges, and BYRNE, District Judge.

PER CURIAM:

In the trial court, it was found that plaintiff failed to carry his burden of proof.

From our examination of the record we find the ruling was correct.

Judgment affirmed.